■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID NEGRON, Also Known as TEODORE FIGUEROA, Appellant. —Judgment, Supreme Court, Bronx County (Peggy Bernheim, J.), rendered on October 17, 1985, unanimously affirmed. Motion by appellant for leave to submit a *pro se* supplemental brief denied. No opinion. Concur—Sandler, J. P., Ross, Kassal, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER N. SUAREZ, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on April 17, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Kassal, Rosenberger and Smith, JJ.